

Before BARKETT, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Leonard E. Clark, appointed counsel for Rosanne Eron Simpson in this 18 U.S.C. § 3582(c)(2) proceeding, has moved to withdraw from further representation of Simpson and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED,** and the district court's denial of Simpson's § 3582(c)(2) motion to reduce his sentence is **AFFIRMED.**

Michael Boysie Billingsley, Ramona C. Albin, U.S. Attorney's Office, Birmingham, AL, for Defendant–Appellant.

Before CARNES, MARCUS and HILL, Circuit Judges.

PER CURIAM:

James M. Kendrick, appointed counsel for Bryant Bernard Evans in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Evans's conviction and sentence are **AFFIRMED.**

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Bryant Bernard EVANS, Defendant– Appellant.**

**No. 09–14766 Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Oct. 4, 2010.

James M. Kendrick, Birmingham, AL, for Plaintiff–Appellee.

**Brian Leslie YOUNG, Plaintiff– Appellant,**

v.

**Joe NICHOLS, et al., Defendants,**